DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY PUGH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1821

[December 22, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas M. Lynch, V, Judge; L.T. Case No. 062009CF019586A88810.

Anthony Pugh, Lake Butler, pro se.

No appearance required for appellee.

PER CURIAM.

Affirmed.

Conner, C.J., Forst and Kuntz, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*